980 A.2d 484

IN THE MATTER OF CHARLES A. DELEHEY, A FORMER JUDGE OF THE SUPERIOR COURT.

October 8, 2009.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court pursuant to *Rule* 2:15–15(a), a presentment recommending that **CHARLES A. DELEHEY,** formerly a Judge of the Superior Court, be publicly reprimanded for violating *Canon* 1 (a judge should observe high standards of conduct so the integrity and independence of the judiciary may be preserved), *Canon* 2A (a judge should act at all times in a manner that promotes public confidence in the integrity and impartiality of the judiciary), *Canon* 3A(1) (a judge should be faithful to the law and maintain professional competence in it), *Canon* 3A (6) (a judge shall neither initiate nor consider *ex parte* or other communications concerning a pending or impending proceeding), and *Rule* 3:9–3 (a judge shall take no part in plea discussions), conduct prejudicial to the administration of justice that brings the judicial office into disrepute, in violation of *Rule* 2:15–8(a)(6);

And respondent, through counsel, having accepted the findings and recommendation for discipline of the Advisory Committee on Judicial Conduct and having waived his right to the issuance of an Order to Show Cause and a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the findings and recommendation of the Advisory Committee on Judicial Conduct are adopted and **CHARLES A. DELEHEY,** formerly a Judge of the Superior Court, is hereby publicly reprimanded.